# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLEANGO GREENGO INC., <br>     Plaintiff(s), <br> v. <br> UNITED STATES PATENT AND TRADEMARK OFFICE, <br>     Defendant(s). | Case No.: 2:20-cv-01334-JCM-NJK <br><br> **ORDER** |

On July 28, 2020, Plaintiff was ordered to file a certificate of interested parties by July 31, 2020. Docket No. 4. To date, Plaintiff has not done so. Plaintiff is hereby **ORDERED** to file a certificate of interested parties by November 9, 2020. **Failure to comply with this order may result in the imposition of sanctions.**

IT IS SO ORDERED.

Dated: November 2, 2020

                                                  Nancy J. Koppe <br>
                                                United States Magistrate Judge